UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David Earl Wattleton, | File No. 24-cv-1166 (ECT/JFD) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| B. Krage, *Environmental and Safety Compliance Specialist, For Federal Medical Center Rochester*, | |
| Defendant. | |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on April 15, 2024.  ECF No. 3.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED**;

2. The action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. Plaintiff's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 13, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court